1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 ATON CENTER, INC., a California corporation, | Case No.: 20cv501-JAH (MDD) |
| 12 | **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (Doc. No. 4)** |
| 13          Plaintiff, | |
|    v. | |
| 14 PREMERA BLUE CROSS, a corporation; and DOES 1 through 10, inclusive, | |
| 15 | |
| 16          Defendant. | |
| 17 | |

18        Pending before the Court is Plaintiff Aton Center, Inc. ("Plaintiff") and

19 Defendant, Premera Blue Cross ("Premera"), Joint Motion for Extension of Time for

20 Defendant to Respond to Plaintiff's Complaint. Doc. No. 4. Upon consideration of the

21 Motion, IT IS HEREBY ORDERED the motion is **GRANTED**. Defendant shall

22 answer, move or otherwise respond to Plaintiff's Complaint on or before **April 20,**

23 **2020**.

24        **IT IS SO ORDERED.**

25 Dated:  March 20, 2020

26

27                                        _____

28 JOHN A. HOUSTON
   United States District Court

                                 1