UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATON CENTER, INC., a California corporation, | Case No.: 3:20-cv-00501-WQH-BGS |
| Plaintiff, | **ORDER** |
| v. | |
| PREMERA BLUE CROSS, a corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

HAYES, Judge:

Having reviewed the parties' Joint Motion to Dismiss (ECF No. 35), filed pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing,

IT IS HEREBY ORDERED that this action, Case No. 3:20-cv-00501-WQH-BGS, is dismissed in its entirety, with prejudice; and each party shall bear its own costs and fees. The Clerk of the Court shall close the case.

Dated: April 18, 2022

Hon. William Q. Hayes
United States District Court

1